

**To Contact Us: (800) 280-1183 EXT 333**
Hours of Operation:
Monday – Friday  | 8:00 a.m. – 6:00 p.m.
Saturday  | 8:00 a.m. – 12:00 p.m.

**AARGON ACCOUNT #: 2896-122754**
Letter Dated: September 11, 2019

Creditor's Name: Wellington Regional Medical Center
Creditors Account Number: 000112357603

| DELINQUENT ACCOUNT | |
|---|---|
| Amount Owed: | $6,236.50 |
| Your Payments: | - $ 0.00 |
| **Total Balance Due:** | **$6,236.50** |

Dear LAZARO MONTERO,

Your account has been placed with our office for collection by our client as referenced above. The total amount due is: $6,236.50

 Call Spencer Davis toll free at (800) 280-1183 ext. 333 to discuss your account and set up payment arrangements. Please reference Account Number: 2896-122754

 Manage your Account Online. Visit us at http://payaargon.com
Your User Name is: MONTERO| Password is: 2896-122754 

 Mail a check or money order payable to Aargon Agency Inc., for the Total Balance Due using the remittance coupon below and enclosed envelope.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice, that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

As of the date of this letter, you owe the Total Balance Due listed above. For further information you may contact our office at (800) 280-1183 ext 333.

This communication is from a debt collector. This is an attempt to collect a debt; any information obtained, will be used for that purpose.

Information regarding this account may be reported to a credit reporting agency upon the expiration of the time limits indicated in this letter.

See Reverse Side for Important Consumer Information
DETACH BOTTOM PORTION AND RETURN WITH PAYMENT

29CDARAC01_DL1  359432934

Aargon Agency Inc.
8668 Spring Mountain Road
Las Vegas, NV 89117-4113
RETURN SERVICE REQUESTED



Account #: 2896-122754
Total Balance Due: $6,236.50
See reverse side for payment information.

LAZARO MONTERO
143 West Ct
Royal Palm Beach FL 33411-2928

AAI
8668 SPRING MOUNTAIN RD
LAS VEGAS, NV 89117-4113



☐ Please check box if address is incorrect or information has changed, and indicate change(s) on reverse side.