# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

LAZARO MONTERO,

     Plaintiff,

     v.                              Civil Action: 19-cv-81511-ROSENBERG

AARGON AGENCY, INC., and
WELLINGTON REGIONAL MEDICAL
CENTER, LLC,

     Defendants.

_____/

## NOTICE OF COMPLIANCE WITH COURT'S ORDER DATED JANUARY 2, 2020 STAYING THE CASE AND TERMINATING ALL DEADLINES

COMES NOW Defendant, WELLINGTON REGIONAL MEDICAL CENTER, LLC (hereinafter "WELLINGTON"), by and through undersigned counsel, and pursuant to this Court's Order Staying Case and Directing the Clerk of the Court to Close this Case for Statistical Purposes (hereinafter "Order") dated January 2, 2020, gives notice that it is in compliance with said Order and will withhold filing its Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted. Pursuant to the Order's instructions at paragraphs 1 and 2, that "[t]his case is STAYED" and "[a]ll pending deadlines are TERMINATED", Defendant, WELLINGTON, will await further instruction from the Court or reopening of this case prior to filing any further pleading.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing was furnished via Electronic mail

on January 2, 2020, to: **Service List** attached**.**

Cohen, Blostein & Ayala PA
*Counsel for Defendant Wellington Regional*
100 S.E. 3rd Avenue, Suite 1100
Fort Lauderdale, FL  33394
954-449-8700 / Fax: 954-763-6093
pleadings@jaycohenlaw.com

By:   *s/ Rudwin Ayala*
_____
JAY COHEN
Florida Bar No. 0292192
RUDWIN AYALA
Florida Bar No. 0084005

## SERVICE LIST

*Lazaro Montero v. Wellington Regional Medical Center, et al.*
Case No. 19-CV-81511-ROSENBERG

**Jibrael S. Hindi, Esq.**
**Thomas J. Patti, Esq.**
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744, Fort Lauderdale, FL 33301
T: 954-907-1136/ F: 855-529-9540
**Eservice: jibrael@jibraellaw.com; tom@jibraellaw.com**
*Counsel for Plaintiff*

**Paul A. Herman, Esq.**
CONSUMER ADVOCATES LAW GROUP, PLLC
4801 Linton Blvd., Suite 11A-560, Delray Beach, FL 33445
T: 561-236-8851/ F: 561-431-2352
**Eservice: paul@consumeradvocatelaw.com**
*Counsel for Plaintiff*

**Joel Brown, Esq.**
FRIEDMAN & BROWN, LLC
3323 NW 55th Street, Fort Lauderdale, FL 33309
T: 954-966-0111
**Eservice: joel.brown@friedmanandbrown.com**
*Counsel for Plaintiff*